AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

DERRELL FULTON, a.k.a. DARRYL FULTON,

    Plaintiff,

v.

CHICAGO POLICE OFFICERS WILLIAM FOLEY, #20450, MICHAEL CLANCY, #20395, JOHN HALLORAN, #20453, KENNETH BOUDREAU, #20435, JAMES O'BRIEN, #20466, EDWARD CARROLL, #20346, WILLIAM MOSER, #20465, ALBERT GRAF, #20480, S. TURNER, #20874, OTHER UNIDENTIFIED CHICAGO POLICE OFFICERS, THE CITY OF CHICAGO, ASSISTANT STATE'S ATTORNEY HAROLD GARFINKEL, and COOK COUNTY,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 17-cv-08696

ASSIGNED JUDGE: Robert W. Gettleman

DESIGNATED MAGISTRATE JUDGE: Maria Valdez

TO: (Name and address of Defendant)

    Officer Kenneth Boudreau, #20435
    C/O Chicago Police Department
    Office of Legal Affairs
    3510 South Michigan Avenue
    Chicago, Illinois 60619

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Kathleen T. Zellner & Associates
    1901 Butterfield Road, Suite #650
    Downers Grove, Illinois 60515

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

/s/ Paul Ghiusi

(By) DEPUTY CLERK



December 5, 2017

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE<br>December 20, 2017 |
| NAME OF SERVER *(PRINT)*<br>Kevin M. Read | TITLE<br>Private Detective |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Served defendant personally at his residence

17340 Brook Crossing Court, Orland Park, IL 60467

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL<br>N/A |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on December 21, 2017  _____
            *Date*            *Signature of Server*

E.R. Kirby & Associates, 909 Route 83, Unit 103, Elmhurst, IL 60126
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.