**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1**
**Eastern Division**

Derrell Fulton

                Plaintiff,

v.                                          Case No.: 1:17–cv–08696
                                                       Honorable Robert W. Gettleman

William Foley, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 3, 2018:

      MINUTE entry before the Honorable Maria Valdez: Magistrate Judge status hearing held on 4/3/18. The parties' agreed discovery schedule is entered as follows: Rule 26(a)(1) disclosures are due 5/16/18; written discovery is to be issued by 5/31/18; responses to written discovery are due 8/2/18; final rule 26(a)(1)(A)(i) disclosures are to be issued by 8/2/19; fact discovery cutoff is 11/4/19; experts for the party with the burden of proof to be disclosed by 1/2/20 and deposed by 3/5/20; rebuttal experts to be disclosed by 5/4/20 and deposed by 7/6/20; reply experts to be disclosed by 8/5/20 and deposed by 9/4/20. Status hearing is set for 5/17/18 at 10:00 a.m. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.