# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| DERRELL FULTON, aka DARRYL FULTON ) | |
| ) | |
| Plaintiff, ) | Case No. 17-cv-8696 |
| ) | |
| v. ) | Honorable Robert W. Gettleman, |
| ) | Presiding District Judge |
| CHICAGO POLICE OFFICER WILLIAM ) | |
| FOLEY, et al., ) | Honorable Maria Valdez, |
| ) | Presiding Magistrate Judge |
| Defendants ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that at 10:15 a.m. on Wednesday, December 19, 2018, I will appear before the Honorable Judge Maria Valdez, or any judge sitting in her stead, in the courtroom usually occupied by her, Courtroom 1041, Dirksen Building, Chicago, Illinois, and then and there present Plaintiff's Joint Motion to Compel Defendant City to Produce Unredacted Documents Bearing the Names and Other Identifying Information of Clarence Neal's Victims.

## PROOF OF SERVICE

I hereby certify that on December 14, 2018, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Respectfully submitted,

/s/ Kathleen T. Zellner
Kathleen T. Zellner
Kathleen T. Zellner & Associates, P.C.
1901 Butterfield Road, Suite 650
Downers Grove, Illinois 60515
Phone: (630) 955-1212
Email: attorneys@zellnerlawoffices.com