# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Derrell Fulton

                Plaintiff,

v.                                     Case No.: 1:17−cv−08696

                                                         Honorable Martha M. Pacold

Thomas Benoit, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 3, 2020:

      MINUTE entry before the Honorable Sunil R. Harjani: In footnote 2 of Respondents' motion to quash [238], Respondents offer to provide an affidavit in support of its claim for a deliberative process privilege if the Court determines an affidavit is necessary. Upon reviewing the briefing, the Court orders that an affidavit is necessary, particularly in light of the City Defendants' argument concerning the lack of an affidavit. Respondents shall file that affidavit by 11/10/20. In order to ensure that Defendants have an opportunity to respond to that affidavit, if necessary, the sur−reply brief scheduled to be filed on 11/9/20 shall now be filed on 11/13/20. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.