IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DERRELL FULTON | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 17-cv-8696 |
| | ) | |
| v. | ) | Judge Martha M. Pacold |
| | ) | |
| CITY OF CHICAGO, et al. | ) | Magistrate Judge Sunil R. Harjani |
| | ) | |
| Defendants. | ) | |

**RESPONDENTS' REPLY IN SUPPORT OF THE MOTION TO QUASH DEFENDANTS' SUBPOENA ISSUED PURSUANT TO FEDERAL RULE 45 TO FORMER FIRST ASSISTANT STATE'S ATTORNEY ERIC SUSSMAN**

Third Party Respondent Cook County State's Attorney's Office and Third Party Subpoena Respondent Eric Sussman, pursuant to this Court's November 3, 2020 Order (Docket No. 253) hereby file the attached Declaration of Jessica Scheller.

Date: November 10, 2020             Respectfully submitted,


                                    KIMBERLY M. FOXX
                                    State's Attorney of Cook County

                                    By: */s/ Jessica M. Scheller*
                                    Jessica M. Scheller
                                    Assistant State's Attorney
                                    Civil Actions Bureau
                                    500 Richard J. Daley Center Place, 5th Floor
                                    Chicago, IL 60602
                                    (312) 603-6934
                                    Jessica.Scheller@cookcountyil.gov

                                    *For Respondent CCSAO*

                                    By: */s/ Lyle K. Henretty*
                                    Lyle K. Henretty
                                    Assistant State's Attorney
                                    Conflicts Counsel Unit
                                    50 West Washington, Suite 2760
                                    Chicago, IL 60602
                                    (312) 603-1424

1

Lyle.Henretty@coocountyil.gov

*For Respondent Eric Sussman*

### **CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2020, I electronically filed the foregoing document with the Clerk of the Court for Northern District of Illinois, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of E-Filing" to the attorneys of record in this case.

/s/s/ *Lyle K. Henretty*