# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Derrell Fulton

        Plaintiff,

v.                                      Case No.: 1:17−cv−08696
                                            Honorable Martha M. Pacold

Thomas Benoit, et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 16, 2020:

      MINUTE entry before the Honorable Sunil R. Harjani: MOTION by Respondent Cook County State's Attorney's Office for leave to file a Sur−Reply in Support of the Motion to Quash Subpoena for the Deposition of Eric Sussman [267] is granted. Sur−reply is due by 11/18/2020 and shall not exceed five pages. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.