UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DERRELL FULTON, | |
| Plaintiff, | 17 cv 8696 |
| v. | Judge Pacold |
| CITY OF CHICAGO, et al. | Magistrate Judge Harjani |
| Defendants. | |
| NEVEST COLEMAN, | |
| Plaintiff, | 18 cv 998 |
| v. | Judge Pacold |
| CITY OF CHICAGO, et al. | Magistrate Judge Harjani |
| Defendants | |

## COOK COUNTY'S RESPONSE
## TO CITY DEFENDANTS' MOTION TO COMPEL

NOW COMES Defendant COOK COUNTY, by and through its attorneys, TRIBLER, ORPETT & MEYER, P.C., and for its Response to the City Defendants' Motion to Compel, states as follows:

1. On December 23, 2020 at 5:26 p.m., the City Defendants filed a motion to compel Cook County's production of documents it does not possess.

2. On December 23, 2020, prior to the City Defendants' motion to compel having been filed, the County issued subpoenas to the Cook County State's Attorney's Office requesting the documents in which the City Defendants had requested from the County, but for which the

1

County did not possess. The subpoenas called for production by January 4, 2020, prior to Rotert's deposition on January 7, 2020. (See Exhibit A, attached subpoenas.)

3. The issues raised in the City Defendants' motion to compel were already resolved before the motion was filed per the email exchanges between the parties in accordance with Local Rule 37.2 (See Exhibit B, attached email exchanges.)

4. At 7:20 p.m. on December 23, 2020, County's counsel addressed this issue with the City Defendants' counsel and the City Defendants agreed to withdraw their motion to compel (See Exhibit B.)

5. Unfortunately, the City Defendants did not alert this Court of its intent to withdraw said motion as the County had requested. Therefore, this Court was unaware of the parties' discussions contained in Exhibit A and the City Defendants' intent to withdraw said motion. This necessitated the County to file the instant response.

6. The County awaits the City Defendants to inform this Court of their intent to withdraw said motion consistent with the emails exchanged in Exhibit B.

WHEREFORE, Cook County respectfully requests that the City Defendants' Motion to Compel be stricken and for any such further relief this Honorable Court deems fair and just.

    Respectfully submitted,

    TRIBLER ORPETT & MEYER, P.C.

    s/ William B. Oberts
    One of the attorneys for defendant,
    Cook County

William B. Oberts
Amy M. Kunzer
TRIBLER ORPETT & MEYER, P.C.
225 W. Washington Street, Suite 2550

Chicago, Illinois 60606
(312) 201-6400
wboberts@tribler.com
amkunzer@tribler.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of Cook County's Response to City Defendants' Motion to Compel was served upon:

Kathleen T. Zellner
Douglas Henry Johnson
Nicholas M. Curran
Kathleen T. Zellner & Associates, P.C.
Esplanade IV
1901 Butterfield Road
Suite 650
Downers Grove, IL 60515
630−955−1212
kathleenzellner@gmail.com
dhjohnson43@aol.com
nmcurran@hotmail.com

Eileen Ellen Rosen
Andrew Joseph Grill
Austin Gordan Rahe
James Bryan Novy
Patrick R. Moran
Rock Fusco & Connelly, LLC
321 North Clark Street, Suite 2200
Chicago, IL 60654
(312) 474−1000
erosen@rfclaw.com
agrill@rfclaw.com
arahe@rfclaw.com
jnovy@rfclaw.com
pmoran@rfclaw.com

James Gus Sotos
Jeffrey Neil Given
Lisa Marie Meador
Sara J. Schroeder
The Sotos Law Firm, P.C.
141 W. Jackson Blvd.
#1240A
Chicago, IL 60604
(630) 735−3300
jsotos@jsotoslaw.com
jgiven@jsotoslaw.com
LMeador@jsotoslaw.com
sschroeder@jsotoslaw.com

Russell Ainsworth
Arthur R. Loevy
Jonathan I. Loevy
Rachel Elain Brady
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, Illinois 60607
312-243-5900
russell@loevy.com
arthur@loevy.com
jon@loevy.com
brady@loevy.com

Steven W. Becker
Law Office of Steven W. Becker LLC
205 N. Michigan Avenue, Suite 810
Chicago, IL 60601
312-396-4116
swbeckerlaw@gmail.com

service was accomplished pursuant to ECF as to Filing Users and complies with LR 5.5 as to any party who is not a Filing User or represented by a Filing User by mailing a copy to the above-named attorney or party of record at the address listed above, from 225 W. Washington Street, Suite 2550, Chicago, IL 60606, prior to 5:00 p.m. on the 24th day of December, 2020 with proper postage prepaid.

             s/William B. Oberts
             an Attorney