## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| DERRELL FULTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 17-CV-8696 |
| | ) | |
| FOLEY, et. al., | ) | Hon. Martha Pacold |
| | ) | |
| Defendants. | ) | |

## <u>MOTION TO WITHDRAW AS COUNSEL</u>

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, the undersigned attorney requests that this Court allow him to withdraw from representation of Plaintiff, Derrell Fulton ("Fulton"). In support of his motion, undersigned counsel states as follows:

1. The undersigned attorney has taken a new position.

2. The law firm of Kathleen T. Zellner & Associates, P.C. remains as counsel of record for plaintiff and will continue to represent him in this action. Plaintiff has no objection to undersigned counsel's withdrawal.

3. The undersigned therefore respectfully request that this Court enter an order allowing him to withdrawal as counsel of record in this matter.

4. A copy of this motion has been served on all counsel of record via the CM/ECF system.

WHEREFORE, the undersigned prays that this court enter an order allowing the undersigned attorney's withdrawal.

Respectfully submitted,

*/s/ Douglas H. Johnson*
Douglas H. Johnson
1025 Royal Saint George Drive
Naperville, Illinois 60563
Phone: 630-390-4888
Email: dhjohnson43@aol.com
ARDC: 6207107

1